

FILED
NOV 16 2009
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ATSER RESEARCH TECHNOLOGIES, INC., | § § § | |
| vs. | § § | CIVIL ACTION NO. SA-07-CV-093-HLH |
| RABA-KISTNER INFRASTRUCTURE, INC., *et al.* | § § § | |

### PLAINTIFF ATSER RESEARCH TECHNOLOGIES, INC.'S <u>NOTICE OF APPEAL</u>

Notice is hereby given that Plaintiff ATSER Research Technologies, Inc. ("ATSER") hereby appeals to the United States Court of Appeals for the Federal Circuit from the final judgment entered on August 27, 2009, [Doc.243], and all related orders, rulings, findings, and/or conclusions of the Court adverse to ATSER, including (without limitation) the order entered on August 27, 2009 [Doc.242] (granting Defendants' motion for summary judgment).

ATSER also appeals from the order entered on October 14, 2009 [Doc.253] denying ATSER's motion for reconsideration, to the extent that order is not subsequently vacated by the district court and is given legal effect.

ATSER also appeals the order entered on October 23, 2009 [Doc.254] (granting Defendants' Motion to Find this Case Exceptional under 35 U.S.C. § 285).

Further, ATSER appeals the order entered on March 2, 2009 [Doc.168] (order regarding claim construction).

A check for $455.00, representing the $450 fee for docketing a case on appeal specified in 28 U.S.C. § 1913 and the $5 fee for filing a notice of appeal specified in 28 U.S.C. § 1917, is being forwarded to the Clerk of Court.

Respectfully submitted,

MehaffyWeber, P.C.

_____
Ernest W. Boyd
Attorney-in-Charge
State Bar No. 00783694

OF COUNSEL:

Eric M. Adams
State Bar No. 24031686
Corey J. Seel
State Bar No. 24037465
MehaffyWeber, P.C.
500 Dallas, Suite 1200
Houston, Texas 77002
Telephone: (713) 655-1200
Facsimile: (713) 655-0222

**Counsel for Plaintiff**
**ATSER RESEARCH**
**TECHNOLOGIES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2009, I served the attached document via certified mail, return receipt requested, to the following:

*Via Certified Mail, R\*R\*R\* 7003 3110 0003 3173 2857*
Dean V. Fleming
Fulbright & Jaworski, LLP
300 Convent, Suite 2200
San Antonio, Texas 78205

*Via Certified Mail, R\*R\*R\* 7003 3110 0003 3173 2864*
John Moran
Holland & Knight, LLP
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C. 20006

**ATTORNEYS FOR DEFENDANTS RABA-KISTNER INFRASTRUCTURE, INC.; RABA-KISTNER CONSULTANTS, INC.; BRYTEST LABORATORIES, INC. d/b/a RABA-KISTNER-BRYTEST CONSULTANTS, INC.; RABA-KISTNER-ANDERSON CONSULTANTS, INC. f/k/a RABA-KISTNER CONSULTANTS (SW), INC.; LONE STAR INFRASTRUCTURE, LLC., and LONE STAR INFRASTRUCTURE, JOINT VENTURE**

Eric Adams