AO 133    (Rev. 06/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | |
|---|---|
| Atser Research Technologies, Inc. | ) |
| | ) |
| v. | ) Case No.: 5:07-cv-00093-HLH |
| Raba-Kistner Consoltants, Inc. et al. | ) |
| | ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on ___08/27/2009___ against ___Plaintiff, Atser Research___ ,
the Clerk is requested to tax the following as costs:
Date

| | |
|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ _____ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 22,535.71 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 240.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 11,914.03 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | _____ |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| TOTAL | $ 34,689.74 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

[✓] Electronic service          [ ] First class mail, postage prepaid

[ ] Other:  _____

s/ Attorney:    John P. Moran _____

Name of Attorney:  John P. Moran (D.C. Bar # 375888) Holland & Knight LLP

For: _____ Defendants, Raba-Kistner Consultants Inc. et al. _____   Date:  11/30/2009
Name of Claiming Party

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

_____        _____        _____
Clerk of Court                 Deputy Clerk                         Date

AO 133 (Rev. 06/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Frank Yuan, Hutto, Texas | 1 | 40.00 | | | | | $40.00 |
| Nader F. Mir, San Jose, California | 1 | 40.00 | | | | | $40.00 |
| Woodward Vogt, Houston, Texas | 2 | 80.00 | | | | | $80.00 |
| Joseph Farrell, El Paso, Texas | 1 | 40.00 | | | | | $40.00 |
| Russell Mangum | 1 | 40.00 | | | | | $40.00 |
| | | | | | | | $0.00 |
| | | | | | TOTAL | | $240.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
      "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
      "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
      Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 1 day's notice. On motion served within the next 5 days, the court may review the clerk's action

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

      When a party may or must act within a specified time after service and service is made under Rule 5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

      Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

## COST EXPENDITURES INCURRED BY
## DEFENDANTS RABA-KISTNER INFRASTRUCTURE, INC. ET AL.

**Cost of Deposition Transcripts:**

| Date of Invoice | Invoice No. | Deponent/Deposition Date | Cost of Transcript |
|---|---|---|---|
| 11/06/07 | 90642 | Frank Yuan - 10/26/07 | 208.74 |
| 12/21/07 | 91056 | Frank Yuan -12/07/07 | 428.97 |
| 12//14/07 | 90959 | Gary Raba - 12/06/07 | 774.83 |
| 02/25/08 | 91542 | Woodward Vogt - 2/19/08 | 524.70 |
| 02/08/08 | 91426 | Robert Stevens - 1/31/08 | 335.95 |
| 02/08/08 | 91428 | Michael Lipinski - 01/31/08 | 185.97 |
| 02/08/08 | 91430 | Carol Loban - 01/31/08 | 151.53 |
| 02/28/08 | 91586 | Carey Richard Murphy -2/26/08 | 1,620.25 |
| 02/28/08 | 91588 | Kenneth Fults - 2/25/08 | 1,380.28 |
| 03/03/08 | 346828 | Nader F. Mir - 2/19/08 | 926.45 |
| 07/11/09 | 135897 | Charles Birkner - 4/24/09 | 1,967.21 |
| 04/29/09 | 95248 | Joseph Farrell, II - 04/23/09 | 236.70 |
| 07/30/09 | 12037727 | Monelle McKay - 6/30/09 | 882.40 |
| 07/28/09 | 373017 | Russell Mangum - 7/22/09 | 607.86 |
| 08/04/09 | 135740 | Eric Fiterman - 7/24/09 | 170.81 |
| 08/04/09 | 96174 | Carey Richard Murphy - 7/27/09 | 1,113.80 |
| 08/06/09 | 135983 | Elias Eldahdah - 7/2/09 | 1,816.05 |
| 08/10/09 | 96253 | Woodward Vogt - 7/28/09 | 444.65 |
| 08/28/09 | 135981 | Heather Aguilar - 6/24/09 | 852.75 |
| 08/31/09 | 1203363 | Stewart Dewitt - 7/29/08 | 838.95 |
| 08/31/09 | 1203363 | Tim Weight - 7/29/08 | 186.30 |
| 08/31/09 | 12038282 | Michael Miller - 7/28/09 | 572.50 |
| 08/31/09 | 12038282 | Dennis Glascock - 7/28/09 | 851.50 |
| 09/02/09 | 136322 | Robert Bledsoe - 7/14/09 | 1,619.84 |
| 09/02/09 | 136325 | Fred Martinez - 7/15/09 | 1,956.29 |
| 09/04/09 | 135985 | Kenneth Fults - 7/7/09 | 1,148.08 |
|  |  | **TOTAL** | **21,803.36** |

**Cost of Hearing Transcript:**

| Date of Invoice | Invoice No. | Hearing | Cost of Transcript |
|---|---|---|---|
| 09/18/09 | VG308 | Markman Hearing before the Hon. Harry L. Hudspeth - 3/6/08 | **732.35** |

**Costs for Defendants' Document Productions to Plaintiff:**

| Date of Invoice | Invoice No. | Service Provided | Production Cost |
|---|---|---|---|
| 07/13/07 | 55782 | Imaging/OCR | 120.02 |
| 07/30/07 | 59690 | Imaging/OCR, Bate Labeling | 72.83 |
| 09/11/07 | 61484 | Imaging/OCR | 199.40 |
| 02/29/08 | 384538 | Imaging/OCR | 35.29 |
| 02/29/08 | 386484 | Imaging/OCR | 169.55 |
| 07/31/08 | 417793 | Imaging/OCR | 234.30 |
| 08/07/08 | 418882 | Imaging/OCR | 108.84 |
| 05/05/09 | 5193824 | Imaging/OCR, Bates Labeling | 431.89 |
| 06/01/09 | 5194329 | Imaging/OCR | 32.92 |
| 06/18/09 | 5194716 | Imaging/OCR, Bates/Confidential Labeling | 6,008.03 |
| 06/19/09 | 20090631 | Info Tech's Document Production | 3,073.87 |
| 07/10/09 | 5195113 | Imaging/OCR | 29.04 |
| 07/20/09 | 5195276 | Bates Labeling | 357.91 |
| 07/22/09 | 5195339 | Imaging/OCR | 44.98 |
| 07/22/09 | 5195376 | Imaging/OCR | 995.16 |
| | | **TOTAL** | **11,914.03** |

**Costs for Witness Fees:**

| Deponent/Deposition Date | Witness Fee |
|---|---|
| Frank Yuan -12/07/07 | 40.00 |
| Nader F. Mir - 2/19/08 | 40.00 |
| Woodward Vogt - 2/19/08 | 40.00 |
| Joseph Farrell - 04/23/09 | 40.00 |
| Russell Mangum - 7/22/09 | 40.00 |
| Woodward Vogt - 7/28/09 | 40.00 |
| **TOTAL** | **240.00** |

# 8819731_v1

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston, TX 77027
(713) 572-2000   Fax  (713-) 572-2009

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 90642 | 11/06/2007 | 01-27015 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 10/26/2007 | TRASLI | SA-07-CA-93- |

| CASE CAPTION |
|---|
| Atser Research Tech., Inc. Vs. Raba-Kistner Infrastructure |
| **TERMS** |
| Due upon receipt |

John P. Moran
HOLLAND & KNIGHT, L.L.P.
2099 Pennsylvania Ave. N.W., Suite 100
Washington, DC 20006

```
1 COPY OF THE VIDEOTAPED TRANSCRIPT OF:                              208.74
  Frank Yuan

                                        TOTAL  DUE  >>>>             208.74
```

**TAX ID NO.:** 74-2175895                                (202) 828-1848

*Please detach bottom portion and return with payment.*

John P. Moran
HOLLAND & KNIGHT, L.L.P.
2099 Pennsylvania Ave. N.W., Suite 100
Washington, DC 20006

```
                                  Invoice No.:  90642
                                  Date       :  11/06/2007
                                  TOTAL DUE  :     208.74


                                  Job No.    :  01-27015
                                  Case No.   :  SA-07-CA-93-XR
                                  Atser Research Tech., Inc. Vs. Raba-
```

Remit To:   **Worldwide Court Reporters, Inc.**
            **3000 Weslayan, Suite 235**
            **Houston, TX 77027**

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston, TX 77027
(713) 572-2000   Fax  (713-) 572-2009

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 91056 | 12/21/2007 | 01-27320 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 12/07/2007 | CHAPTA | SA-07-CA-93- |

| CASE CAPTION |
|---|
| Atser Research Tech., Inc. Vs. Raba-Kistner Infrastructure |

| TERMS |
|---|
| Due upon receipt |

*1032667-1*

John P. Moran
HOLLAND & KNIGHT, L.L.P.
2099 Pennsylvania Ave. N.W., Suite 100
Washington, DC 20006

```
 1 CERTIFIED COPY OF TRANSCRIPT OF:
   Frank Yuan                                                  428.97

                               TOTAL DUE  >>>>                 428.97
```

ENTERED
JAN 0 7 2008
A/P - ADM

RECEIVED-A/P
JAN 0 3 2008
Initials _____

RECEIVED-A/P
JAN 0 3 2008
Initials _____

110594-00001
Jan 12-28-07

TAX ID NO. : 74-2175895                                         (202) 828-1848

*Please detach bottom portion and return with payment.*

John P. Moran
HOLLAND & KNIGHT, L.L.P.
2099 Pennsylvania Ave. N.W., Suite 100
Washington, DC 20006

```
Invoice No.:  91056
Date       :  12/21/2007
TOTAL DUE  :     428.97


Job No.    :  01-27320
Case No.   :  SA-07-CA-93-XR
Atser Research Tech., Inc. Vs. Raba-
```

Remit To:   **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston, TX 77027**

04/10/2008 02:34 FAX 713 572 2009

☑002

WORLDWIDE COURT REPORTER

1033407-1

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston, TX 77027
(713) 572-2000   Fax (713-) 572-2009

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 99959 | 12/14/2007 | 01-27319 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 12/06/2007 | MARTJO | SA-07-CA-93- |

| CASE CAPTION |
|---|
| Ater Research Tech, Inc. Vs. Raba-Kistner Infrastructure |

| TERMS |
|---|
| Due upon receipt |

Tamara Carmichael
HOLLAND & KNIGHT, L.L.P.
195 Broadway, 24Th Floor
New York, NY 10023

ENTERED
APR 17 2008

RECEIVED

1 COPY OF THE TECHNICAL VIDEOTAPED DEPOSITION OF:
   Gary W. Raba

TOTAL DUE >>>>    774.83

see approval attached

774.83

CLIENT # 103597.0001
       or
ACCT # 103 1.0002

LOC#
SC#
TK#
SEC#

774.83

(212) 513-3563

TAX ID NO. 74-2175895

*Please detach bottom portion and return with payment.*

1032667-1

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston, TX 77027
(713) 572-2000   Fax (713-) 572-2009

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 91542 | 02/25/2008 | 01-27811 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 02/19/2008 | HARDLY | SA-07-CV-093 |

**CASE CAPTION**

Atser Research Technologies, Inc. Vs. Raba-Kistner Infrast

**TERMS**

Due upon receipt

John P. Moran
HOLLAND & KNIGHT, L.L.P.
2099 Pennsylvania Ave. N.W., Suite 100
Washington, DC 20006

1 COPY OF THE TECHNICAL DEPOSITION OF:
  Woodward L. Vogt
     PARKING

514.70
10.00

TOTAL   DUE   >>>>                524.70

RECEIVED
APR 02 2008
ACCOUNTS PAYABLE

ENTERED
APR 10 2008

3-27-08

04/10/2008 02:34 FAX 713 572 2009                                                    ☑003

WORLDWIDE COURT REPORTER

1039007-1

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 91426 | 02/08/2008 | 01-27597 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 01/31/2008 | WRIGDO | SA-07-CV-093- |

**CASE CAPTION**

Aser Research Technologies, Inc. Vs. Raba-Kistner Infrast

**TERMS**

Due upon receipt

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston, TX 77027
(713) 572-2000   Fax (713-) 572-2009

Tamara Carmichael
HOLLAND & KNIGHT, L.L.P.
195 Broadway, 24Th Floor
New York, NY 10023

1 COPY OF THE TECHNICAL VIDEOTAPED DEPOSITION OF:
Robert Stevens

ENTERED
APR 17 2008

A/P ADM.

CLIENT# 100594 0000

or

ACCT# 10461 0000

LOG#

SC#

TK#

TOTAL DUE >>>>   $335.95

335.95

335.95

RJP 4/11/08

(212) 513-3563

*See approved*

**TAX ID NO.: 74-2175895**

Please detach bottom portion and return with payment

04/10/2008 02:34 FAX 713 572 2009

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston, TX 77027
(713) 572-2000   Fax (713) 572-2009

1033007-1
WORLDWIDE COURT REPORTER

@004

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 91428 | 02/08/2008 | 01-27598 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 01/31/2008 | WRIGDO | SA-07-CV-093- |

**CASE CAPTION**

Atser Research Technologies, Inc. Vs. Raba-Kistner Infrast

TERMS

Due upon receipt

Tamara Carmichael
HOLLAND & KNIGHT, L.L.P.
195 Broadway, 24Th Floor
New York, NY 10023

1 COPY OF THE TECHNICAL VIDEOTAPED DEPOSITION OF:
  Michael Lipinski

CLIENT# 100594 0000

or

ACCT# 10461.00.00

LOC#

SC#

TK#

SEC#

PGRP#

$185.97

185.97

TOTAL DUE   >>>>   185.97

ENTERED
APR 17 2008
...WP ADM

4/10/08

RWB 4/11/08

TAX ID NO.: 74-2175895

(212) 513-3563

*Please detach bottom portion and return with payment.*

04/10/2008 02:35 FAX 713 572 2009

@005

WORLDWIDE COURT REPORTER

103247-1

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston, TX 77027
(713) 572-2000   Fax (713-) 572-2009

ENTERED
APR 1 2008

Tamara Carmichael
HOLLAND & KNIGHT, L.L.P.
195 Broadway, 24Th Floor
New York, NY 10023

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 91430 | 02/08/2008 | 01-27781 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 01/31/2008 | WRIGDO | SA-07-CV-093- |
| | CASE CAPTION | |

Ater Research Technologies, Inc. Vs. Raba-Kistner Infrast

| TERMS |
|---|
| Due upon receipt |

1. COPY OF THE TECHNICAL VIDEOTAPED DEPOSITION OF:
   Carol Loban

TOTAL DUE : >>>>    151.53

CLIENT # 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
or
ACCT # 10561 0000
LOC #
SC #
TK #
SEC #

RECEIVED
APR 10 2008

151.53

(212) 513-3563

TAX ID NO. : 74-2175895

*Please detach bottom portion and return with payment.*

1032667—

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston, TX 77027
(713) 572-2000   Fax (713-) 572-2009

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 91586 | 02/28/2008 | 01-27908 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 02/26/2008 | LEVADO | SA-07-CV093- |

**CASE CAPTION**

Atser Research Technologies, Inc. Vs. Raba-Kister

**TERMS**

Due upon receipt

John P. Moran
HOLLAND & KNIGHT, L.L.P.
2099 Pennsylvania Ave. N.W., Suite 100
Washington, DC 20006

ORIGINAL & 1 COPY OF THE TECHNICAL DEPOSITION OF:
Carey Richard Murphey, Ph.D.
   PARKING
   OVERNIGHT DELIVERY

|  |  |
|---|---|
|  | 1,570.25 |
|  | 10.00 |
|  | 40.00 |
| TOTAL DUE >>>> | 1,620.25 |

*Itemal attached*
**Practice Area Leader**
approval is needed
Return to WASH-Accounting

RECEIVED
APR 02 2008
ACCOUNTS PAYABLE

INVOICED
APR 16 2008

1105 9A. 0000l
Jan

1032667-1

# I N V O I C E

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston, TX 77027
(713) 572-2000   Fax  (713-) 572-2009

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 91588 | 02/28/2008 | 01-27907 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 02/25/2008 | LEVADO | SA-07-CV093- |

**CASE CAPTION**

Atser Research Technologies, Inc. Vs. Raba-Kister

**TERMS**

Due upon receipt

John P. Moran
HOLLAND & KNIGHT, L.L.P.
2099 Pennsylvania Ave. N.W., Suite 100
Washington, DC 20006

ORIGINAL & 1 COPY OF THE TECHNICAL DEPOSITION OF:
Kenneth W. Fults
PARKING

|  |  |
|---|---|
| | 1,355.28 |
| | 25.00 |

TOTAL   DUE   >>>>        1,380.28

11059₄.0080/
Jan 4-8-08

See email attached

_Practice Area Leader_
approval is needed
Return to WASH-Accounting

RECEIVE
APR 10 2008
ACCOUNTS P...

...PPROVED
APR 10 2008
...

HOLLAND & KNIGHT      04/03/08    CHECK NO.    10443302

| VOUCHER NO. | INVOICE NO. | G/L NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 1967940 | 346828 | 011046100000000000000000 | 110594.00001 | 926.45 |

| | | | TOTAL | $926.45 |

File No. 50217            Los Angeles, CA 90074-0217

1049456—2

# INVOICE

**BARKLEY**
Court Reporters
barkley.com

File No. 50217
Los Angeles, CA 90074-0217
Tel 800.222.1231 · Fax 310.867.2610

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 346828 | 3/3/2008 | 258580 |

| Job Date | Case No. | |
|---|---|---|
| 2/21/2008 | SA-07CV-093 | |

| Case Name | | |
|---|---|---|
| Atser Research Technologies v. Raba-Kistner Infrastructure | | |

| Payment Terms | | |
|---|---|---|
| Net 30; Interest @ 1.5%/mo after 30 days | | |

John P. Moran
Holland & Knight
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, DC, DC 20006

1 CERTIFIED COPY OF TRANSCRIPT OF:
    Nader F. Mir                                      926.45

**TOTAL DUE >>>**     **$926.45**

"Please note our new Tax ID # 95-3312349."

RECEIVED
APR 02 2008
ACCOUNTS PAYABLE
APR 16 2008

110594.00001
3-27-08

**Tax ID:** 95-3312349                              Phone: 202.828.1848    Fax:

*Please detach bottom portion and return with payment.*

1029798-1

# INVOICE

Continental Court Reporters, Inc.
2777 Allen Parkway, Suite 600
Houston, TX 77019-2166
Phone:713-522-5080   Fax:713-522-0440

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 135897 | 7/11/2009 | 55077 |

| Job Date | Case No. |
|---|---|
| 4/24/2009 | SA07CA93H |

| Case Name |
|---|
| Atser Research vs. Raba-Kistner Infrastructure, Inc., et al |

| Payment Terms |
|---|
| Due upon receipt |

John Moran
Holland & Knight
2099 Pennsylvania Avenue, N.W.,
Suite 100
Washington, DC 20006

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    Charles C. Birkner                             1,967.21

                            **TOTAL DUE  >>>**      **$1,967.21**
                            AFTER 8/10/2009  PAY      $2,085.24

**Includes Rough Draft charges**

************* T H A N K  Y O U ! ****************
*********** www.texasdepos.com *************

RECEIVED

JUL 2 2 2009

Accounts Payable

ENTERED

JUL 2 3 2009

A/P - ADM

110594.0000

Jm

(See attached Email for PGL
and Section Leader's Approval)

**Tax ID:** 76-0326397                            Phone: 202-955-3000    Fax:202-955-5564

*Please detach bottom portion and return with payment.*

John Moran
Holland & Knight
2099 Pennsylvania Avenue, N.W.,
Suite 100
Washington, DC 20006

| | | | |
|---|---|---|---|
| Job No. | : 55077 | BU ID | :01- |
| Case No. | : SA07CA93H | | |
| Case Name | : Atser Research vs. Raba-Kistner Infrastructure, Inc., et al | | |
| Invoice No. | : 135897 | Invoice Date | :7/11/2009 |

**Total Due**  :  **$ 1,967.21**
AFTER 8/10/2009  PAY  $2,085.24

**PAYMENT WITH CREDIT CARD**    AMEX   VISA

Cardholder's Name:
Card Number:
Exp. Date:                  Phone#:
Billing Address:
Zip:          Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:  **Continental Court Reporters, Inc.**
                **2777 Allen Parkway, Suite 600**
                **Houston, TX 77019-2166**

HOLLAND & KNIGHT LLP          1032667  Worldwide Court Reporters Inc.                    05/13/09    CHECK NO.   1017315

| VOUCHER NO. | INVOICE NO. | G/L NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 2128687 | 95248 | 011046100000000000000000000 | One copy of the videotaped transcript of Alb | 236.70 |
| | | | | |
| | | | TOTAL | $236.70 |

3000 Weslayan, Suite 235                              Houston, TX 77027

1032667-1

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston, TX 77027
(713) 572-2000   Fax  (713-) 572-2009

ENTERED
MAY 07 2009
A/P · ADM

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 95248 | 04/29/2009 | 01-31042 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 04/23/2009 | MARTJO | SA-07-CV-093 |

| CASE CAPTION | | |
|---|---|---|
| Atser Research Technologies, Inc. Vs. Raba-Kistner Infrast | | |

| TERMS | | |
|---|---|---|
| Due upon receipt | | |

John P. Moran
HOLLAND & KNIGHT, L.L.P.
2099 Pennsylvania Ave. N.W., Suite 100
Washington, DC 20006

1 COPY OF THE VIDEOTAPED TRANSCRIPT OF:
   Albert Joseph Farrell, II                                    236.70

                              TOTAL   DUE   >>>>         236.70

Brenda -
Clm# 110594-1 5/5
       110594-1

110594-0001

RECEIVED
MAY 07 2009
ACCOUNTING DIVISION

PTDunn

TAX ID NO.:  74-2175895                                        (202) 828-1848

LegaLink Boston
101 Arch Street, 3rd Floor
Boston, MA 02110
(617) 542-0039   Fax  (617) 542-2119

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12037727 | 07/30/2009 | 1207-81014 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 06/30/2009 | AVERRE | |

Benjamin Enerson, Esq
Holland & Knight, LLP
10 St. James Avenue
Boston, MA 02116

| CASE CAPTION |
|---|
| Atser Research Technologies,Inc vs. Raba-Kistner Infrastru |

| TERMS |
|---|
| Immediate, sold Merrill FOB facility |

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
   Monelle McKay                                                        882.40

                                TOTAL   DUE  >>>>      882.40

*Florida rates apply.

Thank you for using Merrill Legal Solutions.  We appreciate your business!

Do you have audio recordings you need transcribed? Count on Merrill for
high-quality audio recording transcription services by litigation support experts.
Contact your local Merrill office today or email audiotran@merrillcorp.com to submit
your work request or for more information.

PLEASE NOTE OUR REMITTANCE ADDRESS:
LEGALINK, INC.
PO BOX 277951
ATLANTA, GA  30384

TAX ID NO.:  20-2665382                                   (617) 523-2700     Fax (617) 523-6850

*Please detach bottom portion and return with payment.*

Benjamin Enerson, Esq
Holland & Knight, LLP
10 St. James Avenue
Boston, MA 02116

Invoice No.:  12037727
Date      :  07/30/2009
**TOTAL DUE :     882.40**

Job No.   :  1207-81014
Case No.  :
Atser Research Technologies,Inc vs.

Remit To:   **LegaLink, Inc.**
             **PO Box 277951**
             **Atlanta, GA 30384**

# INVOICE

**BARKLEY**
Court Reporters
barkley.com

File No. 50217
Los Angeles, CA 90074-0217
Tel 800 222 1231 · Fax 310 867 2610

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 373017 | 7/28/2009 | 285995 |

| Job Date | Case No. | |
|---|---|---|
| 7/22/2009 | SA-07CV-093 | |

| Case Name | | |
|---|---|---|
| Atser Research Technologies v. Raba-Kistner Infrastructure | | |

| Payment Terms | | |
|---|---|---|
| Net 30; Interest @ 1.5%/mo after 30 days | | |

John P. Moran, Esq.
Holland & Knight, LLP - (DC)
2099 Pennsylvania Avenue, N.W.
Ste. 100
Washington, DC 20006

1 CERTIFIED COPY OF TRANSCRIPT OF:

    Russell W. Mangum, Ph.D.                           607.86

| | |
|---|---|
| **TOTAL DUE >>>** | **$607.86** |
| (-) Payments/Credits: | 607.86 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **0.00** |

**Tax ID:** 95-3312349

Phone: 202-955-3000   Fax:

*Please detach bottom portion and return with payment.*

John P. Moran, Esq.
Holland & Knight, LLP - (DC)
2099 Pennsylvania Avenue, N.W.
Ste. 100
Washington, DC 20006

| | | | |
|---|---|---|---|
| Job No. | : 285995 | BU ID | : .BCR - OC |
| Case No. | : SA-07CV-093 | | |
| Case Name | : Atser Research Technologies v. Raba-Kistner Infrastructure | | |
| Invoice No. | : 373017 | Invoice Date | : 7/28/2009 |
| **Total Due** | **: $0.00** | | |

**PAYMENT WITH CREDIT CARD**   AMEX  MASTERCARD  VISA

Cardholder's Name:

Card Number:

Exp. Date:           Phone#:

Billing Address:

Zip:         Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To:   **Barkley Court Reporters**
           **File No 50217**
           **Los Angeles, CA 90074**

HOLLAND & KNIGHT LLP    1037264  Ace-Federal Reporters, Inc.    09/08/09   CHECK NO.    1029867

| VOUCHER NO. | INVOICE NO. | G/L NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 2166114 | 135740 | 01104610000000000000000000 | 135740. 5 day delivery-Certified Transcript | 170.81 |
| | | | | |
| | | | TOTAL | $170.81 |

616 H Street Northwest                    Washington, DC 20001

*1037264 - 3*
*new loc.*

# INVOICE

Ace-Federal Reporters, Inc.
616 H Street, N.W.
Suite 550
Washington, DC 20001
Phone:202-347-3700   Fax:202-737-3638

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 135740 | 8/4/2009 | 28622 |
| **Job Date** | **Case No.** | |
| 7/24/2009 | | |
| **Case Name** | | |
| Atser Research Technologies, Inc. v. Raba-Kistner Infrastructure, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mr. John P. Moran, Esq.
Holland & Knight
2099 Pennsylvania Avenue NW
Suite 100
Washington, DC 20006-6801

| 5 DAY DELIVERY - CERTIFIED TRANSCRIPT COPY OF: | | | | |
|---|---|---|---|---|
| Eric Fiterman | 45.00 Pages | @ | 3.00 | 135.00 |
| Etrans ==>Email | | | 0.00 | 0.00 |
| Compressed Transc - N/C | | | 0.00 | 0.00 |
| Archival Fee | | | 20.00 | 20.00 |
| Postage/Delivery | | | 14.95 | 14.95 |
| SALES TAX | | | | 0.86 |

TOTAL DUE  >>>              $170.81
AFTER 9/3/2009  PAY          $173.36

RECEIVED
AUG 17
Accounts Payable  ENTERED
Aug 17 2009

*110594.0001*

**Tax ID:** 53-0261591

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston, TX 77027
(713) 572-2000  Fax  (713-) 572-2009

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 96174 | 08/04/2009 | 01-31846 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 07/27/2009 | BURKMA | SA-07-CV-093- |
| CASE CAPTION | | |
| Atser Research Technologies, Inc. Vs. Raba-Kistner Infrast | | |
| TERMS | | |
| Due upon receipt | | |

John P. Moran
HOLLAND & KNIGHT, L.L.P.
2099 Pennsylvania Ave. N.W., Suite 100
Washington, DC 20006

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
  Carey Richard Murphey                                    1,113.80

                            TOTAL  DUE  >>>>        1,113.80

TAX ID NO.: 74-2175895                          (202) 828-1848

*Please detach bottom portion and return with payment.*

John P. Moran
HOLLAND & KNIGHT, L.L.P.
2099 Pennsylvania Ave. N.W., Suite 100
Washington, DC 20006

Invoice No.:  96174
Date       :  08/04/2009
**TOTAL DUE**  :  **1,113.80**

Job No.   :  01-31846
Case No.  :  SA-07-CV-093-XR
Atser Research Technologies, Inc. Vs

Remit To:   **Worldwide Court Reporters, Inc.**
            **3000 Weslayan, Suite 235**
            **Houston, TX 77027**

# INVOICE

1029198-1

Continental Court Reporters, Inc.
2777 Allen Parkway, Suite 600
Houston, TX 77019-2166
Phone:713-522-5080   Fax:713-522-0440

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 135983 | 8/6/2009 | 55742 |
| **Job Date** | **Case No.** | |
| 7/2/2009 | SA07CA93H | |
| **Case Name** | | |
| Atser Research vs. Raba-Kistner Infrastructure, Inc., et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

John Moran
Holland & Knight
2099 Pennsylvania Avenue, N.W.,
Suite 100
Washington, DC 20006

ORIGINAL & ONE CERTIFIED COPY OF THE DEPOSITION OF:

   Elias Eldahdah

                                           1,816.05

**TOTAL DUE  >>>**    **$1,816.05**
AFTER 9/5/2009  PAY    $1,925.01

**Includes Rough Draft**

************ T H A N K   Y O U! ****************
************ www.texasdepos.com *************

*see email attached Jen*

10461

110594 0 0001

**Practice Area Leader**
approval is needed
Return to WASH-Accounting
$1000 - $2500

RECEIVED

AUG 1 9 2009

Tax ID: 76

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston, TX 77027
(713) 572-2000   Fax  (713-) 572-2009

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 96253 | 08/10/2009 | 01-31844 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 07/28/2009 | BERRLI | SA-07-CV-093 |

| CASE CAPTION |
|---|
| Atser Research Technologies, Inc. Vs. Raba-Kistner Infrast |

| TERMS |
|---|
| Due upon receipt |

John P. Moran
HOLLAND & KNIGHT, L.L.P.
2099 Pennsylvania Ave. N.W., Suite 100
Washington, DC 20006

```
1 COPY OF THE TECHNICAL DEPOSITION OF:                        444.65
    Woodward L. Vogt

                                    TOTAL   DUE   >>>>         444.65
```

TAX ID NO. :  74-2175895                                    (202) 828-1848

*Please detach bottom portion and return with payment.*

John P. Moran
HOLLAND & KNIGHT, L.L.P.
2099 Pennsylvania Ave. N.W., Suite 100
Washington, DC 20006

```
Invoice No.:  96253
Date       :  08/10/2009
TOTAL DUE  :     444.65


Job No.    :  01-31844
Case No.   :  SA-07-CV-093
Atser Research Technologies, Inc. Vs
```

Remit To:      **Worldwide Court Reporters, Inc.**
               **3000 Weslayan, Suite 235**
               **Houston, TX 77027**

1029198-1

# INVOICE

Continental Court Reporters, Inc.
2777 Allen Parkway, Suite 600
Houston, TX 77019-2166
Phone:713-522-5080  Fax:713-522-0440

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 135981 | 8/28/2009 | 55643 |
| **Job Date** | **Case No.** | |
| 6/24/2009 | SA07CA093H | |
| **Case Name** | | |
| Atser Research vs. Raba-Kistner Infrastructure, Inc., et al | | |
| **Payment Terms** | | |
| Due upon receipt · | | |

John Moran
Holland & Knight
2099 Pennsylvania Avenue, N.W.,
Suite 100
Washington, DC 20006

---

ORIGINAL & ONE CERTIFIED COPY OF THE DEPOSITION OF:
   Heather Aguilar

852.75

**TOTAL DUE >>>**  **$852.75**
AFTER 9/27/2009 PAY   $903.92

**Includes Rough Draft**

************* T H A N K   Y O U ! *****************
************* www.texasdepos.com *************

RECEIVED

Accounts Payable

INTEPEC

SEP 03 2009

A/P · ADM

X *See email attached*
**Practice Area Leader**
approval is needed
Return to WASH-Accounting

---

Tax ID: 76-0326397

Phone: 202-955-3000  Fax:202-955-5564

*Please detach bottom portion and return with payment.*

John Moran
Holland & Knight
2099 Pennsylvania Avenue, N.W.,
Suite 100
Washington, DC 20006

Invoice No.   :  135981
Invoice Date  :  8/28/2009
**Total Due**   :  **$ 852.75**
AFTER 9/27/2009 PAY  $903.92

110594
.0000|

Remit To: **Continental Court Reporters, Inc.**
          **2777 Allen Parkway, Suite 600**
          **Houston, TX 77019-2166**

Job No.    :  55643
BU ID      :  01-
Case No.   :  SA07CA093H
Case Name  :  Atser Research vs. Raba-Kistner
              Infrastructure, Inc., et al

LegaLink Boston
101 Arch Street, 3rd Floor
Boston, MA 02110
(617) 542-0039   Fax  (617) 542-2119

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12038363 | 08/31/2009 | 1205-81361 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 07/29/2009 | OWENKE | |
| **CASE CAPTION** | | |
| Atser Research Technologies,Inc vs. Raba-Kistner Infrastru | | |
| **TERMS** | | |
| Immediate, sold Merrill FOB facility | | |

John Moran
Holland & Knight
2099 Pennsylvania Avenue, NW
Suite 100
Washington, DC 20006

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
  Stewart Dewitt                                                     838.95

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
  Tim Weight                                                       186.30

                                        TOTAL   DUE   >>>>     1,025.25

*Austin, TX rates apply.

Thank you for using Merrill Legal Solutions.  We appreciate your business!

Do you have audio recordings you need transcribed? Count on Merrill for
high-quality audio recording transcription services by litigation support experts.
Contact your local Merrill office today or email audiotran@merrillcorp.com to submit
your work request or for more information.

PLEASE NOTE OUR REMITTANCE ADDRESS:
LEGALINK, INC.
PO BOX 277951
ATLANTA, GA  30384

TAX ID NO.: 20-2665382                                  (202) 955-3000

*Please detach bottom portion and return with payment.*

John Moran
Holland & Knight
2099 Pennsylvania Avenue, NW
Suite 100
Washington, DC 20006

Invoice No.:  12038363
Date     :  08/31/2009
**TOTAL DUE**   :    **1,025.25**

Job No.    :  1205-81361
Case No.   :
Atser Research Technologies,Inc vs.

Remit To:    **LegaLink, Inc.**
               **PO Box 277951**
               **Atlanta, GA 30384**

LegaLink Boston
101 Arch Street, 3rd Floor
Boston, MA 02110
(617) 542-0039   Fax  (617) 542-2119

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12038282 | 08/31/2009 | 1207-81328 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 07/28/2009 | GORERE | |

| CASE CAPTION |
|---|
| Atser Research Technologies,Inc vs. Raba-Kistner Infrastru |

| TERMS |
|---|
| Immediate, sold Merrill FOB facility |

Thomas M. Johnston, Esq.
Holland & Knight, LLP
10 St. James Avenue
Boston, MA 02116

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
   Michael Miller                                                    572.50

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
   Dennis Glascock                                                   851.50
                                                                   ----------
                                          TOTAL   DUE   >>>>        1,424.00


*Missouri rates apply.

Thank you for using Merrill Legal Solutions.  We appreciate your business!

Do you have audio recordings you need transcribed? Count on Merrill for
high-quality audio recording transcription services by litigation support experts.
Contact your local Merrill office today or email audiotran@merrillcorp.com to submit
your work request or for more information.

PLEASE NOTE OUR REMITTANCE ADDRESS:
LEGALINK, INC.
PO BOX 277951
ATLANTA, GA  30384
```

TAX ID NO.:  20-2665382                          (617) 523-2700   Fax  (617) 523-6850

*Please detach bottom portion and return with payment.*

Thomas M. Johnston, Esq.
Holland & Knight, LLP
10 St. James Avenue
Boston, MA 02116

```
Invoice No.:  12038282
Date      :  08/31/2009
TOTAL DUE  :    1,424.00


Job No.   :  1207-81328
Case No.  :
Atser Research Technologies,Inc vs.
```

Remit To:   **LegaLink, Inc.**
            **PO Box 277951**
            **Atlanta, GA 30384**

# INVOICE

Continental Court Reporters, Inc.
2777 Allen Parkway, Suite 600
Houston, TX 77019-2166
Phone:713-522-5080   Fax:713-522-0440

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 136322 | 9/2/2009 | 55870 |

| Job Date | Case No. |
|---|---|
| 7/14/2009 | SA07CA093H |

| Case Name |
|---|
| Atser Research vs. Raba-Kistner Infrastructure, Inc., et al |

| Payment Terms |
|---|
| Due upon receipt |

John Moran
Holland & Knight
2099 Pennsylvania Avenue, N.W.,
Suite 100
Washington, DC 20006

ORIGINAL & ONE CERTIFIED COPY OF THE DEPOSITION OF:
   Robert Bledsoe                                                                  1,619.84

                                         TOTAL DUE  >>>          $1,619.84
                                         AFTER 10/2/2009  PAY        $1,717.03

**Includes Same-Day Rough Draft**

*************** T H A N K   Y O U !  ***************
************  www.texasdepos.com  *************

**Tax ID:** 76-0326397                              Phone: 202-955-3000   Fax:202-955-5564

*Please detach bottom portion and return with payment.*

John Moran
Holland & Knight
2099 Pennsylvania Avenue, N.W.,
Suite 100
Washington, DC 20006

| | | | | |
|---|---|---|---|---|
| Job No. | : 55870 | | BU ID | :01- |
| Case No. | : SA07CA093H | | | |
| Case Name | : Atser Research vs. Raba-Kistner Infrastructure, Inc., et al | | | |
| Invoice No. | : 136322 | | Invoice Date | :9/2/2009 |

**Total Due** : **$ 1,619.84**
   AFTER 10/2/2009 PAY  $1,717.03

### PAYMENT WITH CREDIT CARD                AMEX   [  ]   VISA

Cardholder's Name:
Card Number:
Exp. Date:                          Phone#:
Billing Address:
Zip:                  Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Continental Court Reporters, Inc.**
            **2777 Allen Parkway, Suite 600**
            **Houston, TX 77019-2166**

# INVOICE

Continental Court Reporters, Inc.
2777 Allen Parkway, Suite 600
Houston, TX 77019-2166
Phone:713-522-5080   Fax:713-522-0440

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 136325 | 9/2/2009 | 55871 |

| Job Date | Case No. | |
|---|---|---|
| 7/15/2009 | SA07CA093H | |

| Case Name | | |
|---|---|---|
| Atser Research vs. Raba-Kistner Infrastructure, Inc., et al | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

John Moran
Holland & Knight
2099 Pennsylvania Avenue, N.W.,
Suite 100
Washington, DC 20006

ORIGINAL & ONE CERTIFIED COPY OF THE DEPOSITION OF:
   Fred Martinez                                             1,956.29

                                                    TOTAL DUE  >>>        **$1,956.29**
                                                    AFTER 10/2/2009  PAY        $2,073.67

\*\*\* Includes Same-Day Rough Draft and Voluminous
Exhibits. \*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\* T H A N K   Y O U !  \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\* www.texasdepos.com  \*\*\*\*\*\*\*\*\*\*\*\*\*

**Tax ID:** 76-0326397                                       Phone: 202-955-3000   Fax:202-955-5564

*Please detach bottom portion and return with payment.*

John Moran
Holland & Knight
2099 Pennsylvania Avenue, N.W.,
Suite 100
Washington, DC 20006

| | | |
|---|---|---|
| Invoice No. | : | 136325 |
| Invoice Date | : | 9/2/2009 |
| **Total Due** | : | **$ 1,956.29** |
| AFTER 10/2/2009  PAY | | $2,073.67 |

Remit To: **Continental Court Reporters, Inc.**
                  **2777 Allen Parkway, Suite 600**
                  **Houston, TX 77019-2166**

| | | |
|---|---|---|
| Job No. | : | 55871 |
| BU ID | : | 01- |
| Case No. | : | SA07CA093H |
| Case Name | : | Atser Research vs. Raba-Kistner Infrastructure, Inc., et al |

# INVOICE

Continental Court Reporters, Inc.
2777 Allen Parkway, Suite 600
Houston, TX 77019-2166
Phone:713-522-5080   Fax:713-522-0440

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 135985 | 9/4/2009 | 55796 |
| **Job Date** | **Case No.** | |
| 7/7/2009 | SA07CA093H | |
| **Case Name** | | |
| Atser Research vs. Raba-Kistner Infrastructure, Inc., et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

John Moran
Holland & Knight, L.L.P.
2099 Pennsylvania Avenue, N.W.,
Suite 100
Washington, DC 20006

ORIGINAL & ONE CERTIFIED COPY OF THE DEPOSITION OF:
Kenneth W. Fults, P.E.                                                    1,148.08

TOTAL DUE  >>>        **$1,148.08**
AFTER 10/4/2009  PAY        $1,216.96

*** Includes Rough Draft ***

************** T H A N K   Y O U ! ****************
************ www.texasdepos.com **************

**Tax ID:** 76-0326397                    Phone: 202-955-3000   Fax:202-955-5564

*Please detach bottom portion and return with payment.*

John Moran
Holland & Knight, L.L.P.
2099 Pennsylvania Avenue, N.W.,
Suite 100
Washington, DC 20006

| | | | |
|---|---|---|---|
| Job No. | : 55796 | BU ID | :01- |
| Case No. | : SA07CA093H | | |
| Case Name | : Atser Research vs. Raba-Kistner Infrastructure, Inc., et al | | |
| Invoice No. | : 135985 | Invoice Date | :9/4/2009 |

**Total Due :  $ 1,148.08**
AFTER 10/4/2009  PAY  $1,216.96

**PAYMENT WITH CREDIT CARD**          AMEX  MASTERCARD  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                    Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:  **Continental Court Reporters, Inc.
2777 Allen Parkway, Suite 600
Houston, TX 77019-2166**

# FEDERAL COURT REPORTERS OF SAN ANTONIO, INC.

*10100 Reunion Place, Ste. 660*
*San Antonio, Texas  78216-4128*
*(210) 340-6464 / FAX (210) 341-5533*
*FED ID# 74-2993705*
*Mastercard, Visa & Discover Cards Accepted*

MR. DEAN V. FLEMING
FULBRIGHT & JAWORSKI, L.L.P.*SA
2200 NATIONSBANK PLAZA
300 CONVENT STREET
SAN ANTONIO, TEXAS 78205

September 18, 2009

**Invoice#** VG308

**Balance:**     $.00

**Re:** ATSER RESEARCH TECH. VS. RABA-KISTNER, ET AL
*on* 03/06/08 *by* VICKIE GARZA

**Billed:** 05/12/08

## *Invoicing Information*

Charge Description
HEARING BEFORE THE HONORABLE HARRY L. HU`DSPETH
IN RE: ATSER RESEARCH TECH VS. RABA-KISTNER, ET AL
TAKEN: 3/6/08     NO: SA:07-CV-00093

151 PAGES @ $4.85=................$732.35

I CERTIFY THAT THE TRANSCRIPT FEES CHARGED & PAGE
FORMAT USED COMPLY WITH THE REQUIREMENTS OF THIS
COURT AND THE JUDICIAL CONFERENCE OF THE UNITED
STATES
        THANK YOU, JENNIFER B. FLORES

1.00% per month on unpaid balance

| | |
|---|---:|
| Sub Total: | 732.35 |
| - Payments/Credits: | 732.35 |
| **P l e a s e   R e m i t   - - - >   Total Due:** | **$.00** |

*Due Upon Receipt / DELINQUENT in 30 days*
*A 1% INTEREST WILL BE ADDED TO INV. OVER 30 DAYS*

Invoice Number: 10876899
Matter Number: 10703269
Invoice Date: June 5, 2008
Invoice Due Date: July 5, 2008

Carl F. Raba, Jr.
Raba-Kistner Consultants, Inc.
P.O. Box 690287
12821 West Golden Lane
San Antonio, TX 778249-2232

## FULBRIGHT & JAWORSKI L.L.P.
### A Registered Limited Liability Partnership
### P.O. Box 184
### San Antonio, Texas 78291-0184
### (210) 224-5575

Tax Identification Number
74-1201087

Requesting Attorney: Dean V. Fleming

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through May 31, 2008 as follows:

Atser Research Technologies v. Raba-Kistner, et
al

EXPENSES & SERVICES:

| | | | |
|---|---|---|---|
| E101S | Copy | 22.95 | |
| E107 | Delivery services/messengers | 53.40 | |
| E107S | Delivery services/messengers | 8.83 | |
| E116 | Trial transcripts | 848.75 | |
| | | | 933.93 |

TOTAL FEES AND EXPENSES & SERVICES ........................................................................................$933.93

TOTAL AMOUNT DUE ........................................................................................$933.93

Invoice Number: 10876899
Matter Number: 10703269

Invoice Date: June 5, 2008
Invoice Due Date: July 5, 2008

Carl F. Raba, Jr.
Raba-Kistner Consultants, Inc.
P.O. Box 690287
12821 West Golden Lane
San Antonio, TX 778249-2232

**FULBRIGHT & JAWORSKI L.L.P.**
**A Registered Limited Liability Partnership**
**P.O. Box 184**
**San Antonio, Texas 78291-0184**
**(210) 224-5575**

Tax Identification Number
74-1201087

Requesting Attorney: Dean V. Fleming

PLEASE RETURN WITH REMITTANCE
TOTAL AMOUNT (PAYABLE IN U.S. DOLLARS) DUE BY JULY 5, 2008

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through May 31, 2008 as follows:

Atser Research Technologies v. Raba-Kistner, et al

TOTAL EXPENSES & SERVICES.................................................................................................933.93

TOTAL FEES AND EXPENSES & SERVICES .......................................................................$933.93

TOTAL AMOUNT DUE ................................................................................................................$933.93

70321888.1



**ENCORE**
LEGAL SOLUTIONS ™
™ Because Winning Matters

Tax ID # 20-0392563

**Your Service Center**
Encore Legal Solutions
McLean, VA  22102
(703)448-2400

1073654-1

# INVOICE

| Invoice #: | 55782 |
|---|---|
| Invoice Date | 4/10/2007 |
| Terms | Net 30 |
| Due Date | 5/10/2007 |
| Amt Due | $176.71 |

Your complete satisfaction is very important to us.  If you have any questions or concerns with your order, please contact either your
Sales Consultant or Project Manager at your earliest convenience so that we may resolve the matter quickly.

| Bill To | Ship To |
|---|---|
| Holland & Knight VA<br>1600 Tysons Boulevard<br>Suite 700<br>McLean VA 22102 | Holland & Knight VA<br>1600 Tysons Boulevard<br>Suite 700<br>McLean VA 22102 |

| Requested By | Client Matter# | Client Case Name | Shipped | Ship Via |
|---|---|---|---|---|
| Jamie Sack | 110594.00001 | RABA-Kistner Infrastructure Job#V040... | 4/10/2007 | Local |

| Sales Consultant | Project Manager | Tracking Numbers | |
|---|---|---|---|
| Ford, Marcus (NOVA) | Hudson, Greg (NOVA) | | |

| Product or Service | Qty Billed | Price | Units | Amount | Tax |
|---|---|---|---|---|---|
| Imaging - B&W - Medium Litigation | 654 | 0.13 | Pg. | 85.02 | Yes |
| Blowbacks - B&W | 654 | 0.08 | Pg. | 52.32 | Yes |
| Create Original CD | 1 | 35.00 | ea | 35.00 | Yes |

RECEIVED

JUL 1 1 2007

Accounts Payable

ENTERED
JUL 1 3 2007
A/P-ADM

| | | |
|---|---|---|
| **PLEASE REMIT PAYMENT TO:** | **Customer Service:** | |
| Encore Legal Solutions | (888) 389-1658 | |
| PO Box 4842 | | |
| Houston, Tx  77210-4842 | | |

| | Subtotal | 172.34 |
|---|---|---|
| | Shipping (Local) | 0.00 |
| Tax (Sales Tax: McLean, VA 5%) | | 4.37 |
| | Invoice Total | 176.71 |
| | AMOUNT DUE | $176.71 |

Received by: _____    Date: _____

Print Name: _____    Time: _____

*Invoice# 55782 from Encore Legal Solutions*

# ENCORE
## LEGAL SOLUTIONS™
### Because Winning Matters

**Your Service Center**
Encore Legal Solutions
McLean, VA  22102
(703)448-2400

Tax ID # 20-0392563

# INVOICE

| | |
|---|---|
| **Invoice #:** | 59690 |
| **Invoice Date** | 7/30/2007 |
| **Terms** | Net 30 |
| **Due Date** | 8/30/2007 |
| **Amt Due** | $72.83 |

1073654-1

Your complete satisfaction is very important to us.  If you have any questions or concerns with your order, please contact either your Sales Consultant or Project Manager at your earliest convenience so that we may resolve the matter quickly.

| Bill To | Ship To |
|---|---|
| Holland & Knight VA<br>1600 Tysons Boulevard<br>Suite 700<br>McLean VA 22102 | Holland & Knight VA<br>1600 Tysons Boulevard<br>Suite 700<br>McLean VA 22102 |

| Requested By | Client Matter# | Client Case Name | Shipped | Ship Via |
|---|---|---|---|---|
| Jamie Sack | 110594.00001 | Raba-Kistner (V0707185) | 7/23/2007 | Local |

| Sales Consultant | Project Manager | Tracking Numbers |
|---|---|---|
| Ford, Marcus (NOVA) | Hudson, Greg (NOVA) | |

| Product or Service | Qty Billed | Price | Units | Amount | Tax |
|---|---|---|---|---|---|
| Imaging - B&W - Medium Litigation | 33 | 0.15 | Pg. | 4.95 | Yes |
| Image branding | 33 | 0.02 | Pg. | 0.66 | Yes |
| Create CD Copies | 1 | 35.00 | ea | 35.00 | Yes |
| Create Archive CD | 1 | 20.00 | ea | 20.00 | Yes |
| Imaging Technician's time for Load File Creation | .25 | 35.00 | hr | 8.75 | Yes |

RECEIVED
AUG 2 2 2007
ACCOUNTS PAYABLE

ENTERED
AUG 2 3 2007
A/P - ADM

**PLEASE REMIT PAYMENT TO:**
**Encore Legal Solutions**
**PO Box 4842**
**Houston, Tx  77210-4842**

**Customer Service:**
**(888) 389-1658**

| | |
|---|---|
| Subtotal | 69.36 |
| Shipping (Local) | 0.00 |
| Tax (Sales Tax: McLean, VA 5%) | 3.47 |
| Invoice Total | 72.83 |
| AMOUNT DUE | $72.83 |

Received by: _____  Date: _____

Print Name: _____  Time: _____

*Invoice# 59690 from Encore Legal Solutions*



**Your Service Center**

Encore Legal Solutions
McLean, VA  22102
(703)448-2400

# INVOICE

| | |
|---|---|
| Invoice #: | 61484 |
| Invoice Date | 9/11/2007 |
| Terms | Net 30 |
| Due Date | 10/11/2007 |
| Amt Due | $199.40 |

Tax ID # 20-0392563

*1073654-1*

Your complete satisfaction is very important to us.  If you have any questions or concerns with your order, please contact either your Sales Consultant or Project Manager at your earliest convenience so that we may resolve the matter quickly.

| Bill To | Ship To |
|---|---|
| Holland & Knight VA<br>1600 Tysons Boulevard<br>Suite 700<br>McLean VA 22102 | Holland & Knight VA<br>1600 Tysons Boulevard<br>Suite 700<br>McLean VA 22102 |

| Requested By | Client Matter# | Client Case Name | Shipped | Ship Via |
|---|---|---|---|---|
| Jamie Sack | 110594.00001 | Raba-Kistner (V0907035) | 9/11/2007 | Local |
| **Sales Consultant** | **Project Manager** | **Tracking Numbers** | | |
| Ford, Marcus (NOVA) | Hudson, Greg (NOVA) | | | |

| Product or Service | Qty Billed | Price | Units | Amount | Tax |
|---|---|---|---|---|---|
| Imaging - B&W - Medium Litigation | 666 | 0.15 | Pg. | 99.90 | Yes |
| Imaging Technician's time for creation of Summation Load file | 2 | 35.00 | hr | 70.00 | Yes |
| Create CD Copies | 1 | 20.00 | ea | 20.00 | Yes |

RECEIVED

SEP 17 2007

SEP 13 2007

The billing attorney approval is needed.
Send back to WASH-ACCOUNTING.
Thanks.

Jm 9-12-07

**PLEASE REMIT PAYMENT TO:**
  Encore Legal Solutions
  PO Box 4842
  Houston, Tx 77210-4842

**Customer Service:**
  (888) 389-1658

| | |
|---|---|
| Subtotal | 189.90 |
| Shipping (Local) | 0.00 |
| Tax (Sales Tax: McLean, VA 5%) | 9.50 |
| Invoice Total | 199.40 |
| AMOUNT DUE | $199.40 |

Received by: *Jamie J Sack*     Date: *9/11/07*
Print Name: *Jamie J Sack*     Time: *10:05 am*     *Invoice# 61484 from Encore Legal Solutions*

*1079755-1*


**DTI Skyline**
39 Broadway
New York, NY  10006
Phone : 212-785-3626
Fax : 212-785-9491
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number:  384538

Invoice Date: 02/29/08

Bill To:
Holland & Knight LLP
195 Broadway
24th Floor
New York, NY  10007-3189
Peter Falisi

ENTERED

MAR 27 2008

A/P - ADM

Ship To:
Holland & Knight LLP
195 Broadway
24th Floor
New York, NY  10007-3189

RECEIVED

MAR 27 '08

Accounts Payable

Customer ID      21977
Terms            Net 15 Days
SalesPerson      NYC T5
SalesPerson 2
Cust. P.O.

Client / Matter No.   110594.00001
Job No.               M44250
Nat'l Acct Name
Nat'l Acct Ref. No.

$ 35 29

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 54 | Scanning D work - Heavy Lit | 0.14 | 7.56 |
| 1 | IMG - CD Master | 25.00 | 25.00 |
| | Vol: M44235002 | | |
| | CONTROL 001196 - CONTROL 001294 | | |
| | | | |
| | Date Ordered: 02/13/08 / 1 Redweld | | |

CLIENT # 110-594.00001
or
ACCT #   10161.0001

Thank you for choosing DTI Skyline
Past due invoices are subject to 1.5% interest per month

Subtotal:          32.56
Total Sales Tax:    2.73
Total:             35.29

Accepted By: _____

**Remit To:** DTI Skyline
PO Box 934272
Atlanta, GA  31193-4272

3/26/08

*1079755-1*


**DTI Skyline**
151 West 46th Street
4th Floor
New York, NY 10036
Phone : 212-302-8066
Fax : 212-302-8309
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 386484

Invoice Date: 02/29/08

Bill To:
Holland & Knight LLP
195 Broadway
24th Floor
New York, NY 10007-3189
Kevin Coleman

Ship To:
Holland & Knight LLP
195 Broadway
24th Floor
New York, NY 10007-3189

RECEIVED

MAR 2 7 2008

Accounts Payable

| | | |
|---|---|---|
| Customer ID | 21977 | |
| Terms | Net 15 Days | |
| SalesPerson | NYC T5 | |
| SalesPerson 2 | | |
| Cust. P.O. | | |

Client / Matter No.   110594.00001
Job No.                       M44235
Nat'l Acct Name
Nat'l Acct Ref No.

$169.55

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 1,195 | Scanning C work - Med. Lit | 0.11 | 131.45 |
| 1 | IMG - CD Master | 25.00 | 25.00 |
| | Vol: M44235001 | ENTERED | |
| | CONTROL 000001 - CONTROL 001195 | MAR 27 2008 | 110594.0001 |
| | Date Ordered: 02/12/08 / 1 Bx | A/P - ADM | 10461.0000 |

Thank you for choosing DTI Skyline
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 156.45 |
| Total Sales Tax: | 13.10 |
| Total: | 169.55 |

Accepted By: _____

**Remit To:**  DTI Skyline
PO Box 934272
Atlanta, GA 31193-4272

3/26/08

# Document Technologies, Inc.

1300 Pennsylvania Avenue, NW
Suite 851
Washington, DC 20004
Phone : 202-842-3300
Fax : 202-842-3666
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 417793

Invoice Date: 07/31/08

Bill To:
Holland & Knight LLP
2099 Pennsylvania Avenue, NW
Suite 100
Washington, DC 20006
Latora Williams

Ship To:
Holland & Knight LLP
2099 Pennsylvania Avenue, NW
Suite 100
Washington, DC 20006

| | | |
|---|---|---|
| Customer ID | 15305 | |
| Terms | Net 15 Days | |
| SalesPerson | DC BC | |
| P.O. Number | | |

| | |
|---|---|
| Client / Matter No. | 110594-001 |
| Job No. | 07-256 |
| Nat'l Acct Name | |
| Nat'l Acct Ref. No. | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 791 | Scanning C work - Med. Lit | 0.11 | 87.01 |
| 2 | IMG - DVD Master | 35.00 | 70.00 |
| 1 | IMG - DVD Duplication | 25.00 | 25.00 |
| 791 | IMG - OCR | 0.05 | 39.55 |

Ordered 07-31-08

RECEIVED
AUG 0 6 2008
ACCOUNTS PAYABLE

See approval on
the attached
e-mail/statement

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 221.56 |
| Total Sales Tax: | 12.74 |
| Total: | 234.30 |

Accepted By: _____

**Remit To:** Document Technologies - DC
PO Box 933440
Atlanta, GA 31193-3440

# Document Technologies, Inc.

1300 Pennsylvania Avenue, NW
Suite 851
Washington, DC 20004
Phone : 202-842-3300
Fax : 202-842-3666
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 418882

Invoice Date: 08/07/08

Bill To:
Holland & Knight LLP
2099 Pennsylvania Avenue, NW
Suite 100
Washington, DC 20006
Latora Williams

Ship To:
Holland & Knight LLP
2099 Pennsylvania Avenue, NW
Suite 100
Washington, DC 20006

| | | |
|---|---|---|
| Customer ID | 15305 | |
| Terms | Net 15 Days | |
| SalesPerson | DC BC | |
| SalesPerson 2 | | |
| Cust. P.O. | | |

| | | |
|---|---|---|
| Client / Matter No. | 110594-001 | |
| Job No. | 08-009 | |
| Nat'l Acct Name | | |
| Nat'l Acct Ref. No. | | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 237 | Scanning C work - Med. Lit | 0.11 | 26.07 |
| 2 | IMG - CD Master | 25.00 | 50.00 |
| 1 | IMG - CD/Floppy Duplication | 15.00 | 15.00 |
| 237 | IMG - OCR | 0.05 | 11.85 |

Ordered on 08/01/08

ENTERED
SEP 2 4 2008

See approval on
the attached
e-mail/statement

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 102.92 |
| Total Sales Tax: | 5.92 |
| Total: | 108.84 |

Accepted By: _____

RECEIVED-A/P
SEP 1 9 2008

**Remit To:** Document Technologies - DC
PO Box 933440
Atlanta, GA 31193-3440

Initials _____



# INVOICE

| | |
|---|---|
| INVOICE NUMBER: | **5193824** |
| INVOICE DATE: | **05/05/09** |
| CUSTOMER ID: | **5159** |
| CliCKS W.O. NUMBER: | 1102RN |

*10206891* (handwritten)

1120 Connecticut Avenue NW, Suite B-100
Washington, DC 20036
202-842-3430 · Fax: 202-842-4641

| BILL TO: PURCHASER | **Holland & Knight LLP** | MAIN PHONE: | 202-955-3000 |
|---|---|---|---|
| | 2099 Pennsylvania Ave NW Ste. 100 | | |
| | Washington DC 20006 | | |
| CLIENT REFERENCE: | **110594.1** | DIRECT PHONE: | 457.7046 |

| DELIVER TO: | **Kara Prozinski** | DELIVERY TIME: | **10:00 AM** |
|---|---|---|---|
| DELIVERY INSTRUCTIONS: | One box | DELIVERY DATE: | 05/05/09 |

## WHAT WE MADE FOR YOU

| DEPT | DESCRIPTION | QUANTITY | DISCOUNTED COST EACH | | DISCOUNTED TOTAL |
|---|---|---|---|---|---|
| B2 | Bates numbering of originals, RK013490 to RK015494, total pages numbered | 2,005 @ | $0.05000 | = | $100.25 |
| S1 | Document scanning, med lit, small scan sets, total pages scanned | 2,005 @ | $0.11000 | = | $220.55 |
| T1 | OCR conversion from Tiff, OCR on the document level, total pages | 2,005 @ | $0.04000 | = | $80.20 |
| V3 | CD duplication, thermal print, jewel cases, 1 master CD x 1 extra copy | 1 @ | $4.95000 | = | $4.95 |

*Def's May 6 2009* (handwritten)
*Supp. Doc Production* (handwritten)

RECEIVED
MAY 07 2009
Accounts Payable

ENTERED
MAY 07 2009
A/P - ADM

*Approved X* (handwritten) *John P. Moran Partner* (handwritten)

* INDICATES ITEM IS TAX EXEMPT

### Payment terms are 30 Days

During this time, or during an additional 15-day grace period, the Discounted Total may be paid. After 45 days, the full Total of the Invoice is due, and the unpaid balance shall bear interest at the rate of 1.5 percent per month or the highest rate permitted by law, whichever is lower. In any action taken to collect amounts due and owing to CliCKS, CliCKS shall be entitled to recover, and customer agrees to pay, CliCKS' counsel fees, including contingency fees, and costs of suit.
Signature below acknowledges receipt of goods and/or services invoiced above and agreement to pay invoice balance under these terms.

| | |
|---|---|
| DISCOUNTED SUBTOTAL: | $405.95 |
| SALES TAX: | $25.94 |

| for payment received **ON or BEFORE 06/19/09** pay Discounted Total: | **$431.89** |
|---|---|

| for payment received **AFTER 06/19/09** pay Total: | **$477.00** |
|---|---|
| 5159 5193824 | |

X _____   TIME DELIVERED: 9:45am

Please REMIT FROM THIS INVOICE to:

**CliCKS · Dept 005**
**320 Ft Duquesne Blvd, Ste 300**
**Pittsburgh, PA 15222**

Pay by credit card or other
payment questions: 800-776-9569

Marcus Uppe, Inc. dba CliCKS    EIN: 25-1658622    20090505:RN:0806    4511 rn



# INVOICE

*1020689-1*

| | |
|---|---|
| INVOICE NUMBER: | **5194329** |
| INVOICE DATE: | **06/01/09** |
| CUSTOMER ID: | **5159** |
| CliCKS W.O. NUMBER: | 1128RN |

1120 Connecticut Avenue NW, Suite B-100
Washington, DC 20036
202-842-3430 · Fax: 202-842-4641

| BILL TO PURCHASER | **Holland & Knight LLP** | MAIN PHONE: | 202-955-3000 |
|---|---|---|---|
| | 2099 Pennsylvania Ave NW Ste. 100 | | |
| | Washington DC 20006 | | |
| CLIENT REFERENCE: | 1105941.01  *110594-1 - See email attached* | DIRECT PHONE: | 457-1824 |
| DELIVER TO | **Linda Showlund** | DELIVERY TIME: | **4:00 PM** |
| DELIVERY INSTRUCTIONS: | Small stack | DELIVERY DATE: | 06/01/09 |

## WHAT WE MADE FOR YOU

| DEPT | DESCRIPTION | QUANTITY | DISCOUNTED COST EACH | | DISCOUNTED TOTAL |
|---|---|---|---|---|---|
| S1 | Document scanning, med lit, small scan sets, match bates number, total pages | 182 @ | $0.13000 | = | $23.66 |
| T1 | OCR conversion from Tiff, OCR on the document level, total pages | 182 @ | $0.04000 | = | $7.28 |

ENTER
JUL 27 2009
A/P ADM

RECEIVED
JUL 27 2009
ACCOUNTS PAYABLE

The billing attorney approval is needed.
Send back to WASH-ACCOUNTING.
Thanks.

*7-23-09*

\* INDICATES ITEM IS TAX EXEMPT

## Payment terms are 30 Days

During this time, or during an additional 15-day grace period, the Discounted Total may be paid.  After 45 days, the full Total of the invoice is due, and the unpaid balance shall bear interest at the rate of 1.5 percent per month or the highest rate permitted by law, whichever is lower.  In any action taken to collect amounts due and owing to CliCKS, CliCKS shall be entitled to recover, and customer agrees to pay, CliCKS' counsel fees, including contingency fees, and costs of suit.
Signature below acknowledges receipt of goods and/or services invoiced above and agreement to pay invoice balance under these terms.

| | |
|---|---|
| DISCOUNTED SUBTOTAL: | $30.94 |
| SALES TAX: | $1.98 |

| for payment received **ON or BEFORE 07/16/09** pay Discounted Total: | **$32.92** |
|---|---|
| for payment received **AFTER 07/16/09** pay Total:   5159 5194329 | **$36.36** |

X _L. Naylor_

TIME DELIVERED:

**Please REMIT FROM THIS INVOICE to:**

**CliCKS · Dept 005
320 Ft Duquesne Blvd, Ste 300
Pittsburgh, PA 15222**

Pay by credit card or other
payment questions: 800-776-9569

Marcus Uppe, Inc. dba CliCKS    EIN: 25-1658622        20090601 RN 1455        344 m

V/O# 8268



# INVOICE

| | |
|---|---|
| INVOICE NUMBER: | **5194716** |
| INVOICE DATE: | **06/18/09** |
| CUSTOMER ID: | **5159** |
| CliCKS W.O. NUMBER: | 1326RN |

1120 Connecticut Avenue NW, Suite B-100
Washington, DC 20036
202-842-3430 · Fax: 202-842-4641

*1020689-1*

| | | | |
|---|---|---|---|
| **BILL TO:** PURCHASER | **Holland & Knight LLP** 2099 Pennsylvania Ave NW Ste. 100 Washington DC 20006 | **MAIN PHONE:** | 202-955-3000 |
| **CLIENT REFERENCE:** | **110594.01** | **DIRECT PHONE:** | 457-1824 |
| DELIVER TO: | **Linda Showlund** | **DELIVERY TIME:** | **4:00 PM** |
| **DELIVERY INSTRUCTIONS:** | Replacement invoice for original invoice #5194560 | **DELIVERY DATE:** | 06/11/09 |

## WHAT WE MADE FOR YOU

| DEPT | DESCRIPTION | QUANTITY | DISCOUNTED COST EACH | | DISCOUNTED TOTAL |
|---|---|---|---|---|---|
| S1 | Document repro, med lit, small scan sets, multpage tiff for summation, total pages | 959 @ | $0.11000 | = | $105.49 |
| T2 | Electronic endorsing of Confiidential/Attorney's only per page, total pages | 88,859 @ | $0.01000 | = | $888.59 |
| T2 | Electronic endorsing of ITI 002881 RK to ITI 89,901 RK, total pages | 87,020 @ | $0.01500 | = | $1,305.30 |
| T1 | COR conversion from Tiff, OCR on the document level, total pages | 88,859 @ | $0.03000 | = | $2,665.77 |
| V2 | Conversion of Native files to Tiff, special set up, total GB processed | 2.23 @ | $1,150.00000 | = | $2,564.50 |
| T2 | Special 25% discount on the invoice, total | @ | $1,882.42000 | = | ($1,882.42) |

RECEIVED
JUL 27 2009
ACCOUNTS PAYABLE

HOLD
OTHERD

Jn 7-23-09
depr

* INDICATES ITEM IS TAX EXEMPT

## Payment terms are 30 Days

During this time, or during an additional 15-day grace period, the Discounted Total may be paid. After 45 days, the full Total of the invoice is due, and the unpaid balance shall bear interest at the rate of 1.5 percent per month or the highest rate permitted by law, whichever is lower. In any action taken to collect amounts due and owing to CliCKS, CliCKS shall be entitled to recover, and customer agrees to pay, CliCKS' counsel fees, including contingency fees, and costs of suit.
Signature below acknowledges receipt of goods and/or services invoiced above and agreement to pay invoice balance under these terms.

| | |
|---|---|
| DISCOUNTED SUBTOTAL: | $5,647.23 |
| SALES TAX: | $360.80 |

| for payment received **ON or BEFORE 08/02/09** pay Discounted Total | **$6,008.03** |
|---|---|
| for payment received **AFTER 08/02/09** 5159 5194716 pay Total | **$6,635.50** |

X *Linda Showlund*

| TIME DELIVERED: |
|---|

**Please REMIT FROM THIS INVOICE to:**
**CliCKS - Dept 005**
**320 Ft Duquesne Blvd, Ste 300**
**Pittsburgh, PA 15222**

**Pay by credit card or other**
**payment questions:  800-776-9569**

Marcus Uppe, Inc. dba CliCKS    EIN: 25-1658622

20090618:RN:1749
20090618:RN:1742    62747 rn



WORKING FOR YOU
5700 SW 34th Street   Suite 1235
Gainesville, FL  32608-5371
(352)381-4400

Federal ID #                    59-1772879

# Invoice

Date:            6/19/2009
Number:          20090631
Project Number:  0028-901

Bill To:

Holland & Knight LLP
10 St. James Avenue
Boston, MA 02116
Attention: Benjamin D. Enerson

| Product Description | Cost |
|---|---|
| Document production costs for Atser Research Techs., Inc. v. Raba-Kistner Infrastructure, Inc. et al, Civil Action No. 5:07-CV-0093-HLH - Subpoena duces tecum | $3,073.87 |
| **Total Product Cost** | $3,073.87 |

**Total Amount Due**            $3,073.87

Thank You!

*Carole L. DuVal*
**Project Manager**



# INVOICE

| | |
|---|---|
| INVOICE NUMBER: | **5195113** |
| INVOICE DATE: | **07/10/09** |
| CUSTOMER ID: | **5159** |
| CliCKS W.O. NUMBER: | 1144RN |

1120 Connecticut Avenue NW, Suite B-100
Washington, DC 20036
202-842-3430 · Fax: 202-842-4641

*1020689-1*

| BILL TO: PURCHASER | **Holland & Knight LLP** 2099 Pennsylvania Ave NW Ste. 100 Washington DC 20006 | MAIN PHONE: | 202-955-3000 |
|---|---|---|---|
| CLIENT REFERENCE: | **110594.1**   *Rabon-Kistner* | DIRECT PHONE: | 457.7046 |

| DELIVER TO: | **Kara Prozinski** | DELIVERY TIME: | **10:00 AM** |
|---|---|---|---|
| DELIVERY INSTRUCTIONS: | 1" Stack | DELIVERY DATE: | 07/10/09 |

## WHAT WE MADE FOR YOU

| DEPT | DESCRIPTION | QUANTITY | DISCOUNTED COST EACH | | DISCOUNTED TOTAL |
|---|---|---|---|---|---|
| S1 | Document scanning, med lit, small scan sets, match bates number, total pages | 182 @ | $0.11000 | = | $20.02 |
| T1 | OCR conversion from Tiff, OCR on the document level, total pages | 182 @ | $0.04000 | = | $7.28 |

*Thank You!*

RECEIVED
JUL 2 7 2009
ACCOUNTS PAYABLE

ENTERED
JUL 2 7 2009
A/P

*7-23-09*

* INDICATES ITEM IS TAX EXEMPT

## Payment terms are 30 Days

During this time, or during an additional 15-day grace period, the Discounted Total may be paid. After 45 days, the full Total of the invoice is due, and the unpaid balance shall bear interest at the rate of 1.5 percent per month or the highest rate permitted by law, whichever is lower. In any action taken to collect amounts due and owing to CliCKS, CliCKS shall be entitled to recover, and customer agrees to pay, CliCKS' counsel fees, including contingency fees, and costs of suit.
Signature below acknowledges receipt of goods and/or services invoiced above and agreement to pay invoice balance under these terms.

| DISCOUNTED SUBTOTAL: | $27.30 |
|---|---|
| SALES TAX: | $1.74 |

| for payment received **ON or BEFORE 08/24/09** pay Discounted Total: | **$29.04** |
|---|---|
| for payment received **AFTER 08/24/09** pay Total: 5159 5195113 | **$32.07** |

| X *Kara Mozila* | TIME DELIVERED: |
|---|---|

**Please REMIT FROM THIS INVOICE to:**
**CliCKS - Dept 005**
**320 Ft Duquesne Blvd, Ste 300**
**Pittsburgh, PA 15222**
Pay by credit card or other
payment questions: 800-776-9569

Marcus Uppe, Inc. dba CliCKS     EIN: 25-1658622          20090710:RN 0822     303 rn



# CliCKS

**INV**

| | |
|---|---|
| INVOICE NUMBER: | **5195276** |
| INVOICE DATE: | **07/20/09** |
| CUSTOMER ID: | **5159** |
| CliCKS W.O. NUMBER: | 1206RN |

1120 Connecticut Avenue NW, Suite B-100
Washington, DC 20036
202-842-3430 · Fax: 202-842-4641

*1020689-1*

| | |
|---|---|
| BILL TO: / PURCHASER | **Holland & Knight LLP** |
| | 2099 Pennsylvania Ave NW Ste. 100 |
| | Washington DC 20006 |
| MAIN PHONE: | 202-955-3000 |
| CLIENT REFERENCE: | **11059.01**   110594-1 — *see email attached* |
| DIRECT PHONE: | 457-1824 |
| DELIVER TO: | **Linda Showlund** |
| DELIVERY TIME: | **10:00 AM** |
| DELIVERY INSTRUCTIONS: | One box.... |
| DELIVERY DATE: | 07/20/09 |

## WHAT WE MADE FOR YOU

| DEPT | DESCRIPTION | QUANTITY | DISCOUNTED COST EACH | | DISCOUNTED TOTAL |
|---|---|---|---|---|---|
| B2 | Bates numbering, RK015632 to RK020438, total pages numbered | 4,806 @ | $0.07000 | = | $336.42 |

RECEIVED
JUL 27 2009
ACCOUNTS PAYABLE

ENTERED
JUL 27 2009
A/P - ADM

\* INDICATES ITEM IS TAX EXEMPT

### Payment terms are 30 Days

During this time, or during an additional 15-day grace period, the Discounted Total may be paid. After 45 days, the full Total of the invoice is due, and the unpaid balance shall bear interest at the rate of 1.5 percent per month or the highest rate permitted by law, whichever is lower. In any action taken to collect amounts due and owing to CliCKS, CliCKS shall be entitled to recover, and customer agrees to pay, CliCKS' counsel fees, including contingency fees, and costs of suit.
Signature below acknowledges receipt of goods and/or services invoiced above and agreement to pay invoice balance under these terms.

| | |
|---|---|
| DISCOUNTED SUBTOTAL: | $336.42 |
| SALES TAX: | $21.49 |

| for payment received **ON or BEFORE 09/03/09** pay Discounted Total: | **$357.91** |
|---|---|
| for payment received **AFTER 09/03/09** pay Total: | **$395.29** |

5159
5195276

X _Victor Prizer_

TIME DELIVERED: 9:40 AM

### Please REMIT FROM THIS INVOICE to:

**CliCKS - Dept 005**
**320 Ft Duquesne Blvd, Ste 300**
**Pittsburgh, PA 15222**

Pay by credit card or other
payment questions: 800-776-9569

Marcus Uppe, Inc. dba CliCKS    EIN: 25-1658622         20090720.RN.0745        3738 rn



# INVOICE

| | |
|---|---|
| INVOICE NUMBER: | **5195339** |
| INVOICE DATE: | **07/22/09** |
| CUSTOMER ID: | **5159** |
| CliCKS W.O. NUMBER: | 1356RN |

1120 Connecticut Avenue NW, Suite B-100
Washington, DC 20036
202-842-3430 · Fax: 202-842-4641

*1020689-1* (handwritten)

| BILL TO / PURCHASER | **Holland & Knight LLP** | MAIN PHONE: | 202-955-3000 |
|---|---|---|---|
| | 2099 Pennsylvania Ave NW Ste. 100 | | |
| | Washington DC 20006 | | |
| CLIENT REFERENCE: | **110594.1** | DIRECT PHONE: | 457-1824 |

| DELIVER TO: | **Linda Showlund** | DELIVERY TIME: | **10:00 AM** |
|---|---|---|---|
| DELIVERY INSTRUCTIONS: | One small box | DELIVERY DATE: | 07/22/09 |

## WHAT WE MADE FOR YOU

| DEPT | DESCRIPTION | QUANTITY | DISCOUNTED COST EACH | | DISCOUNTED TOTAL |
|---|---|---|---|---|---|
| S1 | Document scanning, med lit, small scan sets, total pages | 302 @ | $0.11000 | = | $33.22 |
| T1 | OCR conversion from Tiff, OCR On the document level, total pages | 302 @ | $0.03000 | = | $9.06 |

ENTERED
JUL 27 2009
A/P

RECEIVED
JUL 27 2009
ACCOUNTS PAYABLE

7-23-09

* INDICATES ITEM IS TAX EXEMPT

## Payment terms are 30 Days

During this time, or during an additional 15-day grace period, the Discounted Total may be paid. After 45 days, the full Total of the invoice is due, and the unpaid balance shall bear interest at the rate of 1.5 percent per month or the highest rate permitted by law, whichever is lower. In any action taken to collect amounts due and owing to CliCKS, CliCKS shall be entitled to recover, and customer agrees to pay, CliCKS' counsel fees, including contingency fees, and costs of suit.
Signature below acknowledges receipt of goods and/or services invoiced above and agreement to pay invoice balance under these terms.

| | |
|---|---|
| DISCOUNTED SUBTOTAL: | $42.28 |
| SALES TAX: | $2.70 |

| for payment received **ON or BEFORE 09/05/09** pay Discounted Total: | **$44.98** |
|---|---|
| for payment received **AFTER 09/05/09** pay Total: | **$49.68** |

5159
5195339

X _Suzanne Taylor_ (signature)

TIME DELIVERED: 8:49

Marcus Uppe, Inc. dba CliCKS    EIN: 25-1658622    20090722 RN 0829    470 m

**Please REMIT FROM THIS INVOICE to:**

**CliCKS · Dept 005**
**320 Ft Duquesne Blvd, Ste 300**
**Pittsburgh, PA 15222**

Pay by credit card or other payment questions: 800-776-9569



# INVOICE

| | |
|---|---|
| INVOICE NUMBER: | **5195376** |
| INVOICE DATE: | **07/22/09** |
| CUSTOMER ID: | **5159** |
| CliCKS W.O. NUMBER: | 1355RN |

1120 Connecticut Avenue NW, Suite B-100
Washington, DC 20036
202-842-3430 · Fax: 202-842-4641

*1020689-1*

---

| BILL TO: PURCHASER | **Holland & Knight LLP** | MAIN PHONE: | 202-955-3000 |
|---|---|---|---|
| | 2099 Pennsylvania Ave NW Ste. 100 | | |
| | Washington DC 20006 | | |
| CLIENT REFERENCE: | **110594.1** | DIRECT PHONE: | 457-1824 |

| DELIVER TO: | **Linda Showlund** | DELIVERY TIME | **4:00 PM** |
|---|---|---|---|
| DELIVERY INSTRUCTIONS: | | DELIVERY DATE: | 07/22/09 |

---

## WHAT WE MADE FOR YOU

| DEPT | DESCRIPTION | QUANTITY | DISCOUNTED COST EACH | | DISCOUNTED TOTAL |
|---|---|---|---|---|---|
| S1 | Scan Medium Litigation, match bates | 4,806 @ | $0.11000 | = | $528.66 |
| V2 | Convert PDF's to single-page TIFFs | 1,331 @ | $0.09000 | = | $119.79 |
| T2 | Edorse files with no bates | 1,331 @ | $0.02000 | = | $26.62 |
| T1 | OCR for summation | 6,137 @ | $0.04000 | = | $245.48 |
| V3 | two setups for project, 3 CD total | 3 @ | $4.95000 | = | $14.85 |

ENTERED
JUL 27 2009
A/P

RECEIVED
JUL 27 2009
ACCOUNTS PAYABLE

7-23-09

* INDICATES ITEM IS TAX EXEMPT

---

## Payment terms are 30 Days

During this time, or during an additional 15-day grace period, the Discounted Total may be paid. After 45 days, the full Total of the invoice is due, and the unpaid balance shall bear interest at the rate of 1.5 percent per month or the highest rate permitted by law, whichever is lower. In any action taken to collect amounts due and owing to CliCKS, CliCKS shall be entitled to recover, and customer agrees to pay, CliCKS' counsel fees, including contingency fees, and costs of suit.
Signature below acknowledges receipt of goods and/or services invoiced above and agreement to pay invoice balance under these terms.

| | |
|---|---|
| DISCOUNTED SUBTOTAL: | $935.40 |
| SALES TAX: | $59.76 |

| for payment received **ON or BEFORE 09/05/09** pay Discounted Total: | **$995.16** |
|---|---|
| for payment received **AFTER 09/05/09** pay Total: | **$1,099.09** |

5159
5195376

| | TIME DELIVERED: |
|---|---|
| X | |

### Please REMIT FROM THIS INVOICE to:

**CliCKS - Dept 005**
**320 Ft Duquesne Blvd, Ste 300**
**Pittsburgh, PA 15222**

Pay by credit card or other
payment questions: 800-776-9569

Marcus Uppe, Inc. dba CliCKS    EIN: 25-1658622        20090722·RT·1410    10393 rn